Mrs. William Zimmer, appellee, v. Bernard L. Voorhees, appellant. Gen. No. 33,437.

Opinion filed November 6, 1929. Rehearing denied November 22, 1929.

Culver, Andrews & King, for appellant. Henry J. Berman, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.